# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ANTONIO SAUNDERS,

        Petitioner

        v.

NORTHAMPTON COUNTY COURT OF COMMON PLEAS,

        Respondent

: No. 140 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of November, 2020, the Application for Leave to File Original Process, the "Petition for Writ of Mandamus and/or Prohibition," and the "Writ of Habeas Corpus Petition" are DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is impermissible). The Prothonotary is DIRECTED to forward the filings to present counsel of record. *See Commonwealth v. Saunders*, CP-48-CR-0000538-2019 (order filed Sept. 4, 2020) (appointing Robert Patterson, Esquire, as Petitioner's new counsel).

Finally, the Prothonotary is DIRECTED to provide courtesy copies of this Court's order to the Superior Court, as well as to Attorney Robert Eyer, who had been representing Petitioner in the pending direct appeal. *Commonwealth v. Saunders*, 684 EDA 2020.